IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| G.C., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-366-CDL-CHW |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| | : | |
| Respondent. | : | |

## **ORDER**

Pending before the Court is Petitioner G.C.'s petition for a writ of habeas corpus. (Doc. 1). In lieu of ordering a response to the petition, the Court ordered Respondent to show cause why the petition should not be granted pursuant to *J.A.M. v. Streeval*, No. 4:25-cv-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025). (Doc. 3). In response to the Show Cause Order, Respondent argued that Petitioner's case is distinguishable from *J.A.M.* because she is detained under 8 U.S.C. § 1225(b)(1) instead of 8 U.S.C. § 1225(b)(2). Since entering *J.A.M.*, the Court further considered the application of 8 U.S.C. §§ 1225(b)(1), 1225(b)(2), and 1226(a) in the consolidated order, *P.R.S., et al., v. Streeval*, 4:25-cv-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025).

Because both the petition and response to the show cause order in this case were filed before *P.R.S.* was entered, additional briefing is warranted. Petitioner is hereby **ORDERED** to file a reply to the response to the show cause order by December 9, 2025. Petitioner should address Respondent's argument that Petitioner is detained pursuant to § 1225(b)(1) and if the

Court's decision as to petitioner's *M.M.M.* and *G.A.G.C.* in the recent *P.R.S.* decision effects Petitioner's status and habeas petition. Respondent shall file any sur-reply by <u>December 12, 2025</u>.

**SO ORDERED**, this 3rd day of December, 2025.

<u>s/ Charles H. Weigle</u><br>
Charles H. Weigle<br>
United States Magistrate Judge